UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>        Defendant. | No. 2:16-cv-2852 CKD P<br><br><br>ORDER |

      Plaintiff, a state prisoner, has filed documents with the court suggesting he wishes to file a complaint for violation of civil rights under 42 U.S.C. § 1983. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. The court will not issue any orders granting or denying relief until an action has been properly commenced.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff is granted thirty days to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

/////

/////

/////

/////

1

 2.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

Dated: March 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
ande2852.nc